UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON PARKER,<br>　　　Plaintiff | :<br>: |
| | : |
| v. | : CIVIL NO. 1:15-CV-1784 |
| | : |
| SERGEANT BORING, et al.,<br>　　　Defendants | :<br>:<br>: |

*O R D E R*

AND NOW, this 13th day of June, 2016, upon consideration of the report and recommendation of Magistrate Judge Schwab (Doc. 21) filed on May 19, 2016, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

　　　1. Magistrate Judge Schwab's report and recommendation (Doc. 21) is ADOPTED in its entirety.

　　　2. Plaintiff's amended complaint (Doc. 15) is DISMISSED WITH PREJUDICE.

　　　3. The clerk shall close the file.

　　　　　　　　　　　　　　　　　　/s/William W. Caldwell
　　　　　　　　　　　　　　　　　　William W. Caldwell
　　　　　　　　　　　　　　　　　　United States District Judge